ACCEPTED
07-14-00218-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
1/2/2015 6:31:31 PM
Vivian Long, Clerk

**APPELLATE NO. 07-14-00218-CR**

**IN THE COURT OF APPEALS
FOR THE SEVENTH JUDICIAL DISTRICT
AMARILLO, TEXAS**

FILED IN
7TH COURT OF APPEALS
AMARILLO, TEXAS
1/2/2015 6:31:31 PM
VIVIAN LONG
CLERK

*The State of Texas, Appellee*

*v.*

*Richard Harrison Leger, Appellant*

**APPEAL FROM NO. 3715**

**The 100th District Court of Donley County, Texas
The Honorable Stuart Messer**

**APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

David W. Lewarchik, Esq.
Lewarchik Law PLLC
939 W. North Ave., Suite 750
Chicago, IL 60642
Phone: 630-947-4882
Facsimile: 312-646-2301
Email: dwlewarchik@lewarchiklaw.com

**MOTION TO EXTEND TIME TO FILE APPELLANT"S OPENING BRIEF**

Now comes Richard Harrison Leger, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's opening brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and good cause shows the following:

1.  This case is on appeal from the 100th Judicial District Court of Donley County, Texas.

2.  This case is styled THE STATE OF TEXAS v. RICHARD HARRISON LEGER, and numbered 3715.

3.  Appellant was Adjudicated Guilty of the offense of Driving While Intoxicated, a third degree felony.

4.  Notice of appeal was given on June 2, 2014.

5.  The Clerk's record was filed on September 24, 2014, and the reporter's record was filed on September 24, 2014.

6.  The appellate brief was due on December 31, 2014.

7.  Counsel requests this 35-day extension for the Opening Brief in this matter.

8.  Travis Tidmore, former counsel for Appellant, requested one prior extension, and the undersigned counsel asked for one extension as well.

9.  Counsel relies on the following facts as good cause for the current extension:  Counsel is unexpectedly representing an appellant in an expedited

appeal involving child custody for which no additional extension for the opening brief can be obtained. This matter is captioned *In re Natalya Mandel and Chanan Mandel*, 2-14-0975, (IL. 2nd Dist. 2014).

10. As a consequence, the undersigned counsel is engaged in extensive preparation for said expedited matter and does not currently have the time to devote to the instant case necessary to render effective assistance of appellate counsel.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Opening Brief.

Respectfully submitted,

1.1.2015                                  /S/ *David Lewarchik*
Date                                      David Lewarchik

                                          Name: David Lewarchik
                                          Firm:  LEWARCHIK LAW PLLC
                                          ARDC:  6281940
                                          939 W. North Ave., Suite 750
                                          Chicago, IL 60642
                                          Phone: 630-947-4882
                                          Facsimile: 312-646-2301
                                          dwlewarchik@lewarchiklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on December 31, 2014, a true and correct copy of the above and foregoing document was served on Luke Inman, District Attorney for Donley County, by email.

12.31.2014                          /S/ *David Lewarchik*
Date                                David Lewarchik

## CERTIFICATE OF CONFERENCE

I certify that on December 30, 2014, I conferred with the office of the District Attorney of Donley County and they are in agreement with the Appellant's Motion to Extend Time to File Appellant's Opening Brief.

12.31.2014                          /S/ *David Lewarchik*
Date                                David Lewarchik